☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Dante Ryen Walker**                              Case No.

Debtors:                                                     Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1) **4156 Lansford Drive**                   (2)
              **Memphis, TN 38128**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **35.00**   (✓) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
(✓) **PAYROLL DEDUCTION** From:   **Federal Express**   OR ( ) DIRECT PAY
                                  **ATTN: PAYROLL DEPT.**
                                  **30 FedEx Parkway, 2nd Fl Horiz**
                                  **Collierville, TN 38017**

**Debtor(2)** shall pay $                ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From:                        OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ✓ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION     ☐ YES   ✓ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].  ☐ YES   ✓ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ✓ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT**:                                              Monthly Plan Payment:

                 Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**         ongoing payment begins                                $
                 Approximate arrearage:

**5. PRIORITY CLAIMS:**

**Internal Revenue Service Center**        Amount **$1,128.55**        $      **19.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None**         ongoing payment begins                                $
                 Approximate arrearage:            Interest            $

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]      Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**-NONE-**                                                                        $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                             Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-          Amount:          Rate of Interest          Monthly Plan Payment: $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

US Department of Education    ☐ Not provided for    OR    ☑ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $14,352.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Reedy and Company                ☑ Assumes    OR    ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Arthur Ray                                Date June 3, 2019         .
Arthur Ray 5173
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)